UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY V. LEE, $4,675.00 in U.S. Currency,
One 1997 Ford Expedition, VIN # 1FMU18L4VLB79261,
N.Y. LIC. No. #DGB-8080,
                                       Plaintiff,
        vs                                        1:08-CV-396

THE CITY OF KINGSTON NEW YORK POLICE
DEPARTMENT; et al,

                                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

GREGORY V. LEE
Plaintiff, Pro Se
07-A-4990
Great Meadows Correctional Facility
P.O. Box 51
Comstock, NY 12821

DAVID N. HURD
United States District Judge

**O R D E R**

      Plaintiff, Gregory V. Lee, brought this civil rights action pursuant to 42 U.S.C. §

1983.  In a Report Recommendation dated October 17, 2008, the Honorable David R.

Homer, United States Magistrate Judge, recommended that the complaint be dismissed in its

entirety without prejudice pursuant to Fed. R. Civ. P. 16(f)(1)(C0 and 37(b)(2)

(A)(v) for plaintiff's failure to comply with the August 29, 2008 order.  The plaintiff has filed

timely objections to the Report Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which the plaintiff has objected, the Report-Recommendation is accepted and adopted.  <u>See</u> 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that the complaint is DISMISSED in its entirety without prejudice.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

Dated: November 17, 2008
       Utica, New York.

United States District Judge