# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Gregory V. Lee**

    vs.                                         **CASE NUMBER: 08-CV-396**

**The City of Kingston Police Department, et al.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is DISMISSED in it's entirety without prejudice.

All of the above pursuant to the order of the Honorable Judge Honorable David N. H, dated the 17th day of November, 2008.

DATED: November 17, 2008

Clerk of Court

s/

Tara Burtt
Deputy Clerk